**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 23, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-01099-CV

**BURNEY ROAD MUNICIPAL UTILITY DISTRICT, Appellant**

**V.**

**CITY OF SUGARLAND, TEXAS, Appellee**

**On Appeal from the 458th District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-249190**

### MEMORANDUM OPINION

This is an appeal from a judgment signed December 4, 2018. On July 17, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer.